IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TANA S. CUTCLIFF, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 06-04123-CV-C-NKL |
| | ) |
| NATHAN P. REUTER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 30, 2007, an Order to Show Cause (Doc. 38) was entered ordering Defendant Vertical Group, LLC to show cause on or before May 10, 2007, why Plaintiff's Motion for Default Judgment as to Defendant Vertical Group, LLC (Doc. 33) should not be granted. On May 8, 2007, an Order to Show Cause (Doc. 43) was entered ordering Defendant Vertical Group, LLC to show cause on or before May 18, 2007, why Plaintiff's Oral Motion to Strike Answer of Defendant Vertical Group, LLC should not be granted. As of this date, no response has been filed by Defendant Vertical Group, LLC to the Orders to Show Cause. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment as to Defendant Vertical Group, LLC (Doc. 33) and Plaintiff's Oral Motion to Strike Answer of Defendant Vertical Group, LLC are GRANTED. Defendant Vertical Group, LLC has

failed to comply with the Court's order and has not evidenced an interest in defending itself in this action.

      S/NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: May 21, 2007
Kansas City, Missouri